### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JOHNSON FAIRBANKS** | * | **CASE NO: 1:14-cv-02469-DDD-JDK** |
| **Plaintiff** | * | |
| | * | |
| | * | **JUDGE DEE DRELL** |
| | * | |
| **VERSUS** | * | |
| | * | **MAG. JUDGE KIRK** |
| | * | |
| **ELI LILLY AND COMPANY, et al.** | * | |
| **Defendant** | * | **JURY TRIAL REQUESTED** |
| | * | |

* * * * * * * * * * * * * * * * * *

### ELI LILLY AND COMPANY'S
### *EX PARTE*, VOLUNTARY MOTION TO DISMISS
### MOTION TO DISMISS COMPLAINT (DOC. 15)

On Jan. 16, 2015, Defendant Eli Lilly and Company filed a Motion to Dismiss Complaint under Fed. R. Civ. P. 12(b)(6) on the grounds that (1) Plaintiff's claims were beyond the scope of the LPLA and (2) time-barred. (*See* Doc. 15). Instead of filing an opposition memorandum, Plaintiff Johnson Fairbanks filed an Amended Complaint on February 5, 2015. The Amended Complaint completely supersedes the original complaint and moots some but not all of the issues raised in Lilly's motion to dismiss, but the Amended Complaint still fails to state a claim upon which relief can be granted. Therefore, Lilly will be filing a new motion to dismiss the Amended Complaint in its entirety.

In the interest of efficiency, and since the Amended Complaint completely replaces the original complaint, Lilly moves to withdraw or dismiss its first motion to dismiss (Doc. 15), so that the Court will only need to focus and rule on the forthcoming motion to dismiss the Amended Complaint. A proposed Order is attached.

A responsive pleading to the Amended Complaint is not due until February 23, 2015. Since Lilly is withdrawing its motion to dismiss that functions as Lilly's responsive pleading to the original complaint, Lilly asks that the Court also sign the attached Order confirming that Lilly is granted the stated time period to file its responsive pleading, the new motion to dismiss.

Respectfully submitted,

/s/ Brent A. Talbot
BRENT A. TALBOT (#19174), T.A.
PETER J. ROTOLO, III (#21848)
        -of-
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7000
Fax: (504) 544-6095
Email: Talbot@chaffe.com
Email: Rotolo@chaffe.com

and

MICHAEL X. IMBROSCIO, *pro hac vice*
PHYLLIS JONES, *pro hac vice*
COVINGTON & BURLING, LLP
One City Center
850 Tenth Street, NW
Washington, DC  20001
Telephone: (202) 662-5694
Email:  mimbroscio@cov.com
Email:  pajones@cov.com

***ATTORNEYS FOR ELI LILLY AND COMPANY***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of February, 2015, a copy of the foregoing pleading has been filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_/s/ Brent A. Talbot_

2417688-1