PFrances M. Phares, Esq., LA Bar No. 10388
fphares@baumhedlundaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233 // Fax:  (310) 820-7444

(Additional Attorneys listed on signature page)

*Attorneys for Plaintiff Johnson Fairbanks*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNSON FAIRBANKS, an individual, | ) Case No.: 1:14-cv-02469-DDD-JDK |
| Plaintiff, | ) Chief Judge Dee D. Drell |
| vs. | ) Complaint filed on 8/12/2014 |
| ELI LILLY AND COMPANY, a corporation; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

### UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT

Defendant Eli Lilly and Company ("Lilly") filed a motion to dismiss the First Amended Complaint on February 23, 2015 (Dkt. 28).  The motion seeks to dismiss this action based on expiration of the statute of limitations.  The motion also seeks to dismiss Plaintiff's Count Six under Louisiana's Unfair Trade Practices and Consumer Protection Law (UTPCP), La.R.S. §§ 51:1401, *et seq.* and dismiss any

1

claims for punitive damages.

The parties met and conferred on this motion. Plaintiff informed Lilly that the motion to dismiss based on statute of limitations was improper because the parties had executed two tolling agreements, tolling the applicable statute of limitations between January 2013 and January 2014. Since this matter was filed before the expiration of the tolling agreements, the statute of limitations has not run.

In light of this information, the parties agreed that Lilly would withdraw its motion to dismiss provided Plaintiff agreed to withdraw his punitive damages claim.

Accordingly, Plaintiff submits this unopposed motion to file a second amended complaint which contains no claim for punitive damages. For reference, Plaintiff has attached a red-lined version of the proposed Second Amended Complaint.

For these reasons, Plaintiff respectfully requests leave of the Court to file the Proposed Second Amended Complaint.

Dated: March 18, 2015

Respectfully submitted,

**BAUM HEDLUND ARISEI & GOLDMAN, P.C.**

By: /s/ R. Brent Wisner
R. Brent Wisner, Esq. (*pro hac vice*)
rbwisner@baumhedlundlaw.com
Frances M. Phares (LA Bar No. 10388)
fphares@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

-and-

**POGUST BRASLOW & MILLROOD, LLC**

        Harris L. Pogust
        hpogust@pbmattorneys.com
        T. Matthew Leckman
        mleckman@pbmattorneys.com
        Eight Tower Bridge, Suite 1520
        161 Washington Street
        Conshohocken, PA 19428
        Tel: (610) 941-4204
        Fax: (610) 941-4245

        ***Attorneys for Plaintiff***
        ***Johnson Fairbanks***

## CERTIFICATE OF SERVICE

      I, R. Brent Wisner, hereby certify that, on March 18, 2015, I electronically filed the UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT and PROPOSED ORDER with the Clerk for the United States District Court for the Western District of Louisiana using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                            /s/ R. Brent Wisner